**Roger R. GRUEN, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 2011–7203.

United States Court of Appeals,
Federal Circuit.

May 14, 2012.

Meredith L. Boylan, Venable LLP, of Washington, DC, argued for claimant-appellant. With her on the brief was Martin L. Saad.

Daniel B. Volk, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of

Washington, DC, argued for respondent-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

RADER, Chief Judge, LINN and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.